159 So.2d 290

**Ervin C. GLISSON et al.**

**v.**

**MISSOURI PACIFIC RAILROAD**

**COMPANY et al.**

No. 47057.

Jan. 20, 1964.

Court of Appeal, Third Circuit. 158 So. 2d 875.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

159 So.2d 290

**Herman VEILLION**

**v.**

**KNAPP & EAST.**

No. 47065.

Jan. 21, 1964.

In re: Knapp & East applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Calcasieu. 158 So.2d 336.

Writ refused. On the facts found by the Court of Appeal there appears no error of law in its judgment.